<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-6606**

———————

ROBERT LEE DAVIS,

Petitioner - Appellant,

versus

HUBERT STONE, Sheriff,

Respondent - Appellee.

———————

**No. 97-6973**

———————

ROBERT LEE DAVIS,

Petitioner - Appellant,

versus

HUBERT STONE,

Respondent - Appellee.

———————

Appeals from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Fox, Chief District Judge. (CA-97-155-5-F, CA-97-278-5-HC-F3)

———————

Submitted:  September 11, 1997      Decided:  September 22, 1997

_____

Before RUSSELL, MURNAGHAN, and HAMILTON, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Robert Lee Davis, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

    Appellant seeks to appeal the district court's orders denying
relief on his petitions filed under 28 U.S.C.A. § 2254 (West 1994
& Supp. 1997) and motion to recuse. We have reviewed the record and
the district court's opinions and find no reversible error. Ac-
cordingly, we deny a certificate of appealability and dismiss the
appeals on the reasoning of the district court. Davis v. Stone,
No. CA-97-155-5-F (E.D.N.C. Mar. 24, 1997); Davis v. Stone,
No. CA-97-278-5-HC-F3 (E.D.N.C. June 24, 1997). We dispense with
oral argument because the facts and legal contentions are adequate-
ly presented in the materials before the court and argument would
not aid the decisional process.

                                                        DISMISSED